```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 14508
    KENYA LEE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-2753


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 04/15/2005 and was confirmed 05/26/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.94% from remaining funds.

    The case was paid in full 10/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           5699.22       666.11       5699.22
HSBC AUTO FINANCE          UNSECURED            .00          .00           .00
ALL PAYDAY LOANS           UNSECURED       NOT FILED         .00           .00
PORTFOLIO ACQUISTIONS LL   UNSECURED          1859.76        .00         426.55
BALLY'S                    NOTICE ONLY     NOT FILED         .00           .00
BANK ONE                   UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA NATIONS    NOTICE ONLY     NOT FILED         .00           .00
CAPITAL ONE                UNSECURED           401.64        .00          92.13
CITY OF CHICAGO PARKING    UNSECURED           820.00        .00         188.08
FIRST CONSUMERS            UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1563.07        .00         358.51
ILL DEPT OF ECON SEC       UNSECURED       NOT FILED         .00           .00
LOAN MACHINE               UNSECURED       NOT FILED         .00           .00
LOAN MACHINE               NOTICE ONLY     NOT FILED         .00           .00
MCI                        UNSECURED       NOT FILED         .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED         .00           .00
MERCY HOSPITAL             UNSECURED       NOT FILED         .00           .00
MERCY HOSPITAL             NOTICE ONLY     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1695.19        .00         388.81
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED         .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED           526.27        .00         120.71
NATIONWIDE COMMERCIAL LP   UNSECURED       NOT FILED         .00           .00
ONE IRON VENTURE           UNSECURED       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00          .00           .00
UNITED CASH LOAN           UNSECURED       NOT FILED         .00           .00
US DEPT OF EDUCATION       UNSECURED          8211.48        .00        1883.39
WOMENS WORKOUT WORLD       UNSECURED       NOT FILED         .00           .00
WOMEN WORKOUT WORLD        NOTICE ONLY     NOT FILED         .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                       776.49
DEBTOR REFUND              REFUND                                        300.38


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 14508 KENYA LEE
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 13,600.38

PRIORITY                                             .00
SECURED                                         5,699.22
    INTEREST                                      666.11
UNSECURED                                       3,458.18
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              776.49
DEBTOR REFUND                                     300.38
                        ---------------       ---------------
TOTALS                  13,600.38               13,600.38
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE